UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN THOMAS WEEKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STERLING MOTORS, LTD., dba Sterling BMW, a California limited liability corporation; BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive<br><br>Defendants. | No. 2:20-cv-03845 JAK (AFMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION (DKT. 18)** |

Based on a review of the Stipulation for Dismissal of Action (the "Stipulation") (Dkt. 18)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Plaintiff's action against Defendants BMW of North America, LLC and Sterling Motors, Ltd. d/b/a Sterling BMW, is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: October 26, 2020

_____
John A. Kronstadt
United States District Judge